**Order entered April 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01584-CR

### BRIGHAM EUGENE KREBS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-80655-2013

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent; and (3) retained counsel's explanation for the delay in filing appellant's brief was due to a medical issue involving his left arm. Because appellant's brief was not tendered by March 31, 2014, we **DO NOT ADOPT** the finding that the brief would be filed by that date.

We **GRANT** appellant's April 3, 2014 motion to extend time to file his brief. We **ORDER** appellant's brief filed as of the date of this order.

The Court **ORDERS** Jennifer Corley, official court reporter of the County Court at Law No. 6, to coordinate with court reporters Kristen Kopp and Crystal Cannon to file a supplemental record containing State's Exhibit nos. 1 and 2, the videos that were admitted during the suppression hearing. The supplemental record is due within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jennifer Corley, official court reporter, County Court at Law No. 6; court reporters Kristen Kopp and Crystal Cannon; and to counsel for all parties.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE